UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> ELDON VAIL, *et al.*, <br><br> Defendants. | Case No. C11-278-MJP <br><br> **ORDER OF DISMISSAL** |

The Court, having reviewed plaintiff's proposed complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, Plaintiff's objections (Dkt. No. 3), and the remaining record, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* is **DENIED**;

(3) Plaintiff's proposed civil-rights complaint is **DISMISSED**; and

(4) The Clerk shall close this case and send a copy of this Order to plaintiff and to Judge Tsuchida.

DATED this 18th day of March, 2011.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1